UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Therese Dullmaier, as the Wrongful Death Representative of Karl-Heinz Phillip Dullmaeir, | Civil Action No: 14-cv-181-SWS |
| Plaintiff, | |
| v. | |
| Xanterra Parks & Resorts, and John Does I-IV. | |
| Defendants. | JURY TRIAL DEMANDED |

**Notice of Appeal**

Notice is hereby given that Plaintiff Therese Dullmaier, as the wrongful death representative of Karl-Heinz Phillip Dullmaier, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order on Plaintiff's Motion for Review of Costs wherein the Court finds the clerk properly awarded costs in the amount of $6,121.10 to Defendants, entered in this action on April 25, 2016.

Dated this 13th day of May, 2016.

/s/ M. Alison Floyd
Gerard R. Bosch 6-3220
M. Alison Floyd 7-4825
Law Offices of Jerry Bosch, LLC
5355 West Highway 22
PO Box 872
Wilson, Wyoming 83014
307.734.9785 Facsimile
jerry@wyo-law.com
alison@wyo-law.com

Certificate of Service

      I hereby certify this 13th day of May, 2016, that I electronically filed the foregoing Notice of Appeal with the Clerk of the Federal District Court, District of Wyoming using the CM/ECF system, with the duly signed original held in the file located at the Law Offices of Jerry Bosch, LLC.  The CM/ECF system will send electronic notification of such filing to all counsel of record.

                                                 /s/
                                          M. Alison Floyd