OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming



Stephan Harris
Clerk of Court

Maggie Botkins
Chief Deputy Clerk

June 17, 2016

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals
  for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:    TRANSCRIPT ORDERS
           USDC # 2:14-cv-00181-SWS
           USCA # 16-8049
           *Dullmaier v. Xanterra Parks & Resorts*

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

> **all transcripts that have been ordered for this appeal are now filed with the United States District Court, District of Wyoming.**

For purposes of appeal, the record is now ready.

                                        STEPHAN HARRIS
                                        Clerk of Court

            By:

                                        *Tiffany Dyer*
                                        Tiffany Dyer
                                        Deputy Clerk